```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
                                      :    23cv7958(DLC)
GEORGE O'DOWD, et al.,                :
                                      :       ORDER
                        Plaintiffs,   :
            -v-                       :
                                      :
MEP CAPITAL HOLDINGS III, L.P., et    :
al.,                                  :
                                      :
                        Defendants.   :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

Having received the plaintiffs' letter dated November 2, 2023, it is hereby

ORDERED that the November 17, 2023 initial pretrial conference is rescheduled to **November 17** at **10:30am** in Courtroom 18B, United States Courthouse, 500 Pearl Street, New York, NY 10007.

Dated:   New York, New York
         November 3, 2023

                                    _____
                                            DENISE COTE
                                    United States District Judge